# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

**RECEIVED BY MAIL OCT 24 2005 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS**

October 18, 2005

Loretta G. Whyte, Clerk
U.S. District Court
102 Versailles Street
Suite 501
Lafayette, LA 70501

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-25)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 30, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 3 0 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-25)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,668 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-25 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #      CASE CAPTION

ALABAMA NORTHERN
  ALN  4  05-1762      Terry Poffinbargar v. Merck & Co., Inc.

ARKANSAS EASTERN
  ARE  3  05-193      Marion Keith v. Merck & Co., Inc.
  ARE  4  05-1140      James Oaks, et al. v. Merck & Co., Inc.

ARKANSAS WESTERN
  ARW  4  05-4061      Phillis Auld, et al. v. Merck & Co., Inc.
  ARW  5  05-5148      Willard Jones v. Merck & Co., Inc.
  ARW  6  05-6063      William Branstetter v. Merck & Co., Inc.

CALIFORNIA CENTRAL
  CAC  2  05-6415      Martin H. Suer, et al. v. Merck & Co., Inc.

CALIFORNIA NORTHERN
  CAN  3  05-3413      John Morris v. Merck & Co., Inc.
  CAN  3  05-3487      Kathleen Carter v. Merck & Co., Inc.
  CAN  3  05-3489      Maxine Beauchamp v. Merck & Co., Inc.
  CAN  3  05-3490      John Van Ornum v. Merck & Co., Inc.
  CAN  3  05-3553      Riley A. Chavis v. Merck & Co., Inc.

COLORADO
  ~~CO  1  05-1626~~      ~~Melinda Cole v. Merck & Co., Inc.~~ Vacated 10/13/05

CONNECTICUT
  CT  3  05-1334      Judith Lynch, et al. v. Merck & Co., Inc.

FLORIDA MIDDLE
  FLM  3  05-784      Herbert Furman v. Merck & Co., Inc.

FLORIDA NORTHERN
  FLN  5  05-178      Genetta Hearns v. Merck & Co., Inc.

FLORIDA SOUTHERN
  FLS  1  05-22367      Gustavo Sanchez, et al. v. Merck & Co., Inc.
  FLS  1  05-22435      Sergio Manas, et al. v. Merck & Co., Inc.
  FLS  1  05-22436      Jane Minear v. Merck & Co., Inc.
  FLS  1  05-22437      Jean Grant v. Merck & Co., Inc.

GEORGIA NORTHERN
  GAN  1  05-2299      Florence Blankson, et al. v. Merck & Co., Inc.
  GAN  1  05-2300      Hollis Mathis v. Merck & Co., Inc.

GEORGIA SOUTHERN
  GAS  2  05-173      Fred A. Todd v. Merck & Co., Inc.
  GAS  4  05-157      Sheryl Byous v. Merck & Co., Inc.

ILLINOIS NORTHERN
  ILN  1  05-4966      Ralph De Toledo v. Merck & Co., Inc.
  ILN  1  05-5087      Virginia Knotts v. Merck & Co., Inc.
  ~~ILN  1  05-5092~~      ~~Kerry Brunton, et al. v. Merck & Co., Inc.~~ Vacated 10/18/05

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ILLINOIS SOUTHERN** | |
| ~~ILS 3 05-620~~ | ~~Frank Schwaller, etc. v. Merck & Co., Inc., et al.~~ Opposed 10/13/05 |
| ~~ILS 3 05-628~~ | ~~Loretta Davis v. Merck & Co., Inc. et al.~~ Opposed 10/18/05 |
| ~~ILS 3 05-645~~ | ~~Elvin Elswick v. Merck & Co., Inc., et al.~~ Opposed 10/13/05 |
| **INDIANA SOUTHERN** | |
| INS 1 05-1332 | Ruth Vaughn, etc. v. Merck & Co., Inc. |
| INS 2 05-198 | Kenneth Charles Troye v. Merck & Co., Inc. |
| **KENTUCKY WESTERN** | |
| KYW 1 05-133 | Lila Goodrum v. Merck & Co., Inc. |
| ~~KYW 1 05-136~~ | ~~Elvis Meadors v. Merck & Co., Inc., et al.~~ Opposed 10/14/05 |
| KYW 3 05-499 | James Lanoye v. Merck & Co., Inc. |
| KYW 3 05-512 | Daryl V. McMasters, et al. v. Merck & Co., Inc. |
| KYW 4 05-126 | Tina Kasinger v. Merck & Co., Inc. |
| KYW 5 05-178 | Roy Spain, et al. v. Merck & Co., Inc. |
| **LOUISIANA MIDDLE** | |
| LAM 3 05-1046 | Agnes I. Jenks v. Merck & Co., Inc. |
| LAM 3 05-1060 | Ronald Atwood, et al. v. Merck & Co., Inc. |
| LAM 3 05-1061 | Alced Lafitte, et al. v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD 1 05-2454 | Jerry Langley v. Merck & Co., Inc. |
| MD 1 05-2455 | Barbara Rotondo, et al. v. Merck & Co., Inc. |
| MD 1 05-2456 | Elsie Kelly v. Merck & Co., Inc. |
| MD 1 05-2457 | MaryAnn Macijeski, et al. v. Merck & Co., Inc. |
| MD 1 05-2458 | Leah Moore, et al. v. Merck & Co., Inc. |
| MD 1 05-2459 | Robert Berstler, et al. v. Merck & Co., Inc. |
| MD 1 05-2460 | Patricia James, et al. v. Merck & Co., Inc. |
| MD 1 05-2461 | Estelle Facenda, et al. v. Merck & Co., Inc. |
| MD 1 05-2462 | Leo Facenda, et al. v. Merck & Co., Inc. |
| MD 1 05-2463 | Frances Ettinger, et al. v. Merck & Co., Inc. |
| MD 1 05-2464 | Nora Wilson v. Merck & Co., Inc. |
| MD 1 05-2466 | Steven Taylor v. Merck & Co., Inc. |
| MD 1 05-2467 | William Lane v. Merck & Co., Inc. |
| MD 1 05-2468 | Vincent Braungard v. Merck & Co., Inc. |
| MD 1 05-2469 | BerniceDrumgoole v. Merck & Co., Inc. |
| MD 1 05-2470 | James McKenith v. Merck & Co., Inc. |
| MD 1 05-2471 | William Langston v. Merck & Co., Inc. |
| MD 1 05-2472 | Bernard Little v. Merck & Co., Inc. |
| MD 1 05-2473 | Lois Watkins v. Merck & Co., Inc. |
| MD 1 05-2474 | Ronnie Tomlinson v. Merck & Co., Inc. |
| MD 1 05-2475 | Doris Biensach, etc. v. Merck & Co., Inc. |
| MD 1 05-2476 | Sharon Lawson, etc. v. Merck & Co., Inc. |
| MD 1 05-2477 | Jacqueline Bryley, etc. v. Merck & Co., Inc. |
| MD 1 05-2478 | Johnny Davis, etc. v. Merck & Co., Inc. |
| MD 1 05-2479 | Samuel Ashby, et al. v. Merck & Co., Inc. |
| MD 1 05-2480 | Patrick Hennemuth v. Merck & Co., Inc. |
| MD 1 05-2482 | Noel McDonald v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN 0 05-1952 | William Anderson v. Merck & Co., Inc. |
| MN 0 05-1953 | Virginia Siemons v. Merck & Co., Inc. |
| MN 0 05-1954 | Gloria Jackson v. Merck & Co., Inc. |
| MN 0 05-1955 | Edward St. Louis v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | | | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 05-1956 | Eddie Thomas v. Merck & Co., Inc. |
| MN | 0 | 05-1957 | James McDonald v. Merck & Co., Inc. |
| MN | 0 | 05-1958 | Steve Young v. Merck & Co., Inc. |
| MN | 0 | 05-1959 | Franklin Marana v. Merck & Co., Inc. |
| MN | 0 | 05-1960 | Diann S. Williams v. Merck & Co., Inc. |
| MN | 0 | 05-1961 | Annette Day v. Merck & Co., Inc. |
| MN | 0 | 05-1971 | Douglas Peterson v. Merck & Co., Inc. |
| MN | 0 | 05-2014 | Sylvia Latimore v. Merck & Co., Inc. |
| MN | 0 | 05-2024 | Mary Faircloth, etc. v. Merck & Co., Inc. |
| MN | 0 | 05-2027 | Gail Gregor, M.D. v. Merck & Co., Inc. |
| MN | 0 | 05-2030 | Richard W. Roy v. Merck & Co., Inc. |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 2 | 05-56 | Tammy Hunter v. Merck & Co., Inc. |
| ~~MOE~~ | ~~4~~ | ~~05-1291~~ | ~~Tyrone Dawson, et al. v. Merck & Co., Inc., et al.~~ Opposed 10/18/05 |
| MOE | 4 | 05-1355 | Donna Wille v. Merck & Co., Inc. |
| MOE | 4 | 05-1362 | Flossie Batt, et al. v. Merck & Co., Inc. |
| MOE | 4 | 05-1377 | Felix Graham v. Merck & Co., Inc. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 05-4264 | Michael Bridgman, et al. v. Merck & Co., Inc. |
| MOW | 3 | 05-5112 | Wanda Watts, et al. v. Merck & Co., Inc. |
| MOW | 4 | 05-764 | Patricia Newman v. Merck & Co., Inc. |
| MOW | 4 | 05-765 | Anthony Lipari v. Merck & Co., Inc. |
| MOW | 4 | 05-766 | Ethel McGinnis v. Merck & Co., Inc. |
| MOW | 4 | 05-779 | Katherine Arnold v. Merck & Co., Inc. |
| MOW | 4 | 05-790 | Lawanna Barr v. Merck & Co., Inc. |
| MOW | 5 | 05-6093 | Steven Benge, et al. v. Merck & Co., Inc. |
| MOW | 5 | 05-6094 | Susan A. Thomas v. Merck & Co., Inc. |
| MOW | 6 | 05-3398 | Jennifer Jensen v. Merck & Co., Inc. |
| MOW | 6 | 05-3399 | Paula Hammer v. Merck & Co., Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 05-4166 | Willie Curtis, et al. v. Merck & Co., Inc. |
| NJ | 3 | 05-4188 | Joseph Michael Pitone v. Merck & Co., Inc. |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 05-4042 | Richard Hyams, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-4043 | Paul Helfenbein v. Merck & Co., Inc. |
| NYE | 1 | 05-4047 | Emartel Vilce, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-4048 | Alfred Kempski, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-4049 | Chin-Lung Lee, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-4064 | Paul Padgur, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-4080 | Michael Millazzo v. Merck & Co., Inc. |
| NYE | 1 | 05-4081 | Michael Maguire, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-4082 | Mavis Love v. Merck & Co., Inc. |
| NYE | 1 | 05-4089 | Sharon Asbury, et al. v. Merck & Co., Inc. |
| NYE | 1 | 05-4092 | David Fulllington, et al. v. Merck & Co., Inc. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 05-7554 | Judith Edwards v. Merck & Co., Inc. |
| NYS | 1 | 05-7555 | Jeffrey Stark, et al. v. Merck & Co., Inc. |
| NYS | 1 | 05-7556 | Gloria Martinez, et al. v. Merck & Co., Inc. |
| NYS | 1 | 05-7558 | Eugene H. Purvis, et al. v. Merck & Co., Inc. |
| NYS | 1 | 05-7690 | Armando Sanchez, et al. v. Merck & Co., Inc. |
| NYS | 1 | 05-7805 | Dr. Marc K. Wallack, et al. v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| OHIO NORTHERN | |
| OHN 1 05-2054 | Joseph Balint, etc. v. Merck & Co., Inc. |
| OHN 1 05-2063 | Vivian Russell v. Merck & Co., Inc. |
| OHIO SOUTHERN | |
| OHS 2 05-792 | Roberta L. Trapp v. Merck & Co., Inc. |
| OKLAHOMA WESTERN | |
| OKW 5 05-1014 | Carolyn Jones v. Merck & Co., Inc. |
| OKW 5 05-1020 | Harold U. Brown v. Merck & Co., Inc. |
| PENNSYLVANIA EASTERN | |
| PAE 2 05-4372 | Ronald Williams, et al. v. Merck & Co., Inc., et al. |
| PAE 2 05-4550 | Melrose Stewart, et al. v. Merck & Co., Inc., et al. |
| TENNESSEE EASTERN | |
| TNE 1 05-230 | Shirley Swafford, et al. v. Merck & Co., Inc. |
| TENNESSEE MIDDLE | |
| TNM 2 05-90 | Arthur J. Mooney, et al. v. Merck & Co., Inc. |
| TEXAS EASTERN | |
| TXE 2 05-403 | Manuel Olivo, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-404 | Stevan P. Rios, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-421 | Ron Sansom, et al. v. Merck & Co., Inc. |
| TEXAS NORTHERN | |
| TXN 2 05-236 | Myrna Washburn, etc. v. Merck & Co., Inc. |
| TXN 3 05-1684 | Romy Ramirez Cuajunco v. Merck & Co., Inc. |
| WASHINGTON EASTERN | |
| WAE 2 05-271 | Judith Snyder v. Merck & Co., Inc. |
| WASHINGTON WESTERN | |
| WAW 2 05-1447 | John Hendricks, et al. v. Merck & Co., Inc. |
| WAW 2 05-1449 | Harold Benedict, et al. v. Merck & Co., Inc. |
| WAW 2 05-1450 | De Phae Craig, et al. v. Merck & Co., Inc. |
| WAW 3 05-5559 | Michael Coburn, et al. v. Merck & Co., Inc. |
| WEST VIRGINIA NORTHERN | |
| WVN 5 05-136 | Milton McCracken v. Merck & Co., Inc. |

# INVOLVED COUNSEL LIST (CTO-25)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Mary E. Alexander
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

J. Scott Bertram
Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

E. Ed Bonzie
Chandler & Bonzie
8201 South Walker Avenue, Suite C
Oklahoma City, OK 73139-9401

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Eugene C. Brooks, IV
Brooks Law Firm
313 West York Street
P.O. Box 9545
Savannah, GA 31412-9545

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Evan D. Buxner
Walther Glenn Law Associates
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105

Rebecca L. Byrne
Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway, 18th Floor
New York, NY 10271

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Thomas P. Cartmell
Wagstaff & Cartmell, L.L.P.
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Donald G. Cave
Cave Law Firm
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356

Michael Langdon Cave
Cave Law Firm
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Robert P. Christensen
6601 Lyndale Avenue South, Suite 320
Minneapolis, MN 55423

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

Lee L. Coleman
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42104-1034

John J. Curi
Curi Law Office
2249 East 38th Street
Minneapolis, MN 55407

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64196

David A. Dick
Thomspson Coburn, LLP
One US Bank Plaza, Suite 2600
St Louis, MO 63101

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
P.O.Box 198966
Nashville, TN 37219-8966

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Kristen V. Dyer
Neal & Harwell, PLC
One Nashville Place, Suite 2000
150 Fourth Avenue, North
Nashville, TN 37219

Brian A. Eberstein
Eberstein & Witherite
3100 Monticello Avenue, Suite 500
Dallas, TX 75205

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

John C. Evans
Specter Specter Evans & Manogue, PC
Koppers Bulding
26th Floor
Pittsburgh, PA 15219

Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510

James L. Ferraro
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146

Carl Frankovitch
Frankovitch, Anetakis, Colantonio
& Simon
337 Penco Road
Weirton, WV 26062

James P. Frickleton
Bartimus, Frickleton, Robertson
& Obetz, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

John A. Fulmer, II
Fulmer Law Firm, LLC
601 Greensboro Avenue, Suite 600
Tuscaloosa, AL 35401

Robert Edward Godosky
Godosky & Gentile
61 Broad Street, 20th Floor
New York, NY 10006

Ervin A. Gonzalez
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134

Mark Adam Griffin
Keller & Rohrback
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

William H. Gussman, Jr.
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022

William Hamel
Dinkes & Schwitzer
112 Madison Avenue
New York, NY 10016

Amy N. Hanson
Keller, Rohrback, LLP
1201 3rd Avenue, Suite 3200
Seattle, WA 98101-3052

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Todd E. Hilton
Stueve, Siegel, Hanson, Woody, LLP
330 West 47th Street, Suite 250
Kansas City, MO 64112

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

Gary Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
708 West Second Street
Little Rock, AR 72203-3887

Bradley D. Honnold
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street
P.O. Box 482355
Kansas City, MO 64148-2355

Stanley C. House
735 Broad Street, Suite 506
P.O. Box 915
Augusta, GA 30903-0915

Kimberly S. Hughes
Ryan Law Center
204 South State Route C
P.O. Box 787
Peculiar, MO 64078

Eric J. Jacobi
Clay, Kenealy, Wagner & Adams,
PLLC
462 South Fourth Avenue
1730 Meidinger Tower
Louisville, KY 40202

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road, Suite 320
Baltimore, MD 21208

Jonathan Wesley Johnson
Johnson & Benjamin
730 Peachtree Street, NE, Suite 750
Atlanta, GA 30308

Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Elwood H. Keim, Jr.
11762 South Harrell's Ferry Road, B
Baton Rouge, LA 70816

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Brett R. Lilly
Doyle, Zakhem, Suhre & Lilly, LLC
950 South Cherry Street
#312
Denver, CO 80246

Gary S. Logsdon
Logsdon & Hawkins, P.S.C.
P.O. Box 3400
Bowling Green, KY 42102

Michael A. London
Douglas & London
111 John Street, 8th Floor
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Brian Madden
Stueve Helder & Siegel
330 W 47th Street, Suite 250
Kansas City, MO 64112

Kurt W. Maier
English, Lucas, Priest & Owsley
1101 College Street
P.O. Box 770
Bowling Green, KY 42101-0770

Anthony J. Majestro
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301

Marvin W. Masters
Masters Law Firm, L.C.
181 Summers Street, 4th Floor
Peoples Building
Charleston, WV 25301

Joseph H. Mattingly, III
104 W. Main Street
P.O. Box 678
Lebanon, KY 40033

Kevin E. McDermott
Stringer, Stringer & Gasior
36815 Detroit Road
Avon, OH 44011

H. William McIntosh
McIntosh Law Firm, P.C.
1125 Grand Avenue, Suite 1800
Kansas City, MO 64106

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202

Alan C. Milstein
Sherman, Silverstein, Kohl, Rose,
et al.
Fairway Corporate Center, Suite 311
4300 Haddonfield Road
Pennsauken, NJ 08109

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202-2415

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Edward J. Nevin
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

Thao Trong Nguyen
Plews, Shadley, Racher & Braun
53732 Generations Drive
South Bend, IN 46635

Alan K. Nicolette
Nordstrom, Steele, Nicolette
& Jefferson
770 The City Drive South, Suite 3000
Orange, CA 92668

Vincent E. Nowak
Mullin, Hoard & Brown, LLP
500 South Taylor
800 Amarillo National Plaza
P.O. Box 31656
Amarillo, TX 79120-1656

R. Gary Nutter
Dunn, Nutter & Morgan
State Line Plaza, Suite 6
P.O. Box 8030
Texarkana, AR 71854

Gale Diane Pearson
Gale D. Pearson & Associates, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 W. Main Street
2700 Lexington Financial Center
Lexington, KY 40507-1749

Scott E. Racop
Racop Law Offices
2901 Ohio Boulevard, Suite 277
Terre Haute, IN 47803

Todd H. Ramsey
Bailey Crowe & Kugler, LLP
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Stephen J. Randall
Randall & Schumacher, PLLP
1012 Grain Exchange Building
400 South 4th Street
Minneapolis, MN 55415

Drew A. Ranier
Ranier, Gayle & Elliott, LLC
1419 Ryan Street
P.O. Box 1890
Lake Charles, LA 70602-1890

Carolyn Kaye Ranke
1220 West Sixth Street, Suite 303
Cleveland, OH 44113

Gary N. Rawlins
Law Offices of Gary N. Rawlins
310 Livingston Street
Third Floor
Brooklyn, NY 11217

Jason A. Ryan
Ryan, Whaley & Coldiron
119 N. Robinson Street, Suite 900
Oklahoma City, OK 73102

John P. Ryan, Jr.
13601 S. 71 Highway
Grandview, MO 64030

Jerome J. Schlichter
Schlichter & Bogard
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Scott S. Segal
Segal Law Firm
810 Kanawha Blvd, E.
Charleston, WV 25301

Mitchell G. Shapiro
Becker & D'Agostino, PC
880 Third Avenue
New York, NY 10022

Pamela G. Sotoodeh
Kenneth B. Moll & Associates
Three First National Plaza, 50th Floor
Chicago, IL 60602

Wayne S. Spivey
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103

David Stewart
Stewart & Stewart
931 S. Rangeline Rd.
Carmel, IN 46032

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Patrick J. Stueve
Stueve Helder Siegel LLP
330 West 47th Street, Suite 250
Kansas City, MO 64112

Neil P. Thompson
Thompson Law Office
2249 East 38th Street
Minneapolis, MN 55407

Thomas Robert Thompson
Thompson Crawford & Smiley
1330 Thomasville Road
P.O. Box 15158
Tallahassee, FL 32317

E. Todd Tracy
Tracy & Carboy
5473 Blair Road, Suite 200
Dallas, TX 75231

Athan T. Tsimpedes
Law Offices of Athan T. Tsimpedes
1051 Bloomfield Avenue, Suite 14
Clifton, NJ 07013

Jason Scott Turchin
Bernstein & Maryanoff
15055 SW 122nd Avenue
Miami, FL 33186

Walter Umphrey
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

James G. Vander Linden
Levander & Vander Linden
200 South 6th Street, Suite 1450
Minneapolis, MN 55402

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street, Suite 200
Kansas City, MO 64105

C. Mark Warren
Houston, Warren & Griffin
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua, Suite 1400
Corpus Christi, TX 78478-0801

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 St. Paul Street, Suite 300
Baltimore, MD 21202

John E. Williams, Jr.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5001

Kim Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Matthew J. Zuchetto
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 W. Sprague Ave.
Spokane, WA 99201-0466

# INVOLVED JUDGES LIST (CTO-25)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Anthony A. Alaimo
Senior U.S. District Judge
U.S. District Court
P.O. Box 944
Brunswick, GA 31521

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Catherine C. Blake
U.S. District Judge
7310 Edward A. Garmatz Federal Bldg
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2600

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Franklin D. Burgess
Senior U.S. District Judge
3124 United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. P. Kevin Castel
U.S. District Judge
2260 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

~~Hon. Ruben Castillo~~
~~U.S. District Judge~~
~~Everett McKinley Dirksen Bldg.~~
~~219 South Dearborn Street~~
~~Chicago, IL 60604~~

Hon. Stanley R. Chesler
U.S. District Judge
5050 Clarkson S. Fisher Federal Bldg
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. David H. Coar
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal
Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. Paul A. Crotty
U.S. District Judge
2102 Thurgood Marshall
United States Courthouse
40 Centre Street
New York, NY 10007-1501

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S.
Courthouse
40 Centre Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal
Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. Raymond J. Dearie
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. R. Allan Edgar
Chief Judge, U.S. District Court
P.O. Box 1748
Chattanooga, TN 37401-1748

Hon. Orinda D. Evans
Chief Judge, U.S. District Court
1988 Richard B. Russell Federal
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Gary Feess
U.S. District Judge
U.S. Courthouse
312 North Spring Street, Suite 730
Los Angeles, CA 90012-4701

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & P.O. Bldg.
500 N. State Line Avenue
Texarkana, TX 75501

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Marvin J. Garbis
Senior U.S. District Judge
5C Edward A. Garmatz Federal Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver Federal
Bldg. & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton U.S.
Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
P.O. Box 3487
Fayetteville, AR 72702-3487

Hon. Shelby Highsmith
Senior U.S. District Judge
James Lawrence King Federal
Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. J. Leon Holmes
U.S. District Judge
United States District Court
360 Richard Sheppard Arnold United
States Courthou
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Dora Lizette Irizarry
U.S. District Judge
United States District Court
365 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S.
Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Marvin Katz
Senior U.S. District Judge
13613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1750

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Robert E. Larsen
U.S. Magistrate Judge
6652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
3D Edward A. Garmatz Federal
Building & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. George W. Lindberg
Senior U.S. District Judge
Everett McKinley Dirksen U.S.
Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. Ricardo S. Martinez
U.S. District Judge
13134 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. John T. Maughmer
U.S. Magistrate Judge
7662 Charles Evans Whittaker U.S.
Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
206 Federal Building
423 Frederica Street
Owensboro, KY 42301

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S.
Courthouse
St. Louis, MO 63102-1116

Hon. Stephan P. Mickle
U.S. District Judge
Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Walker D. Miller~~
~~U.S. District Judge~~
~~C-530 U.S. Courthouse~~
~~1929 Stout Street~~
~~Denver, CO 80294~~

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton Unisted States
Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~Melvin Price Federal Building & U.S.~~
~~Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201-2954~~

Hon. John F. Nangle
Senior U.S. District Judge
125 Bull Street, Room 100
Savannah, GA 31401

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Marsha J. Pechman
U.S. District Judge
14229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

~~Hon. Catherine D. Perry~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 14th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. Dan A. Polster
U.S. District Judge
188 Carl B. Stokes
801 W. Superior Avenue
Cleveland, OH 44113

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~200 Melvin Price Fed. Bldg.~~
~~& U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. James L. Robart
U.S. District Judge
14134 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Fed. Bldg.
205 East Fifth Avenue
Amarillo, TX 79101

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Howard F. Sachs
Senior U.S. District Judge
7462 Charles E. Whittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
18316 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Harvey E. Schlesinger
U.S. District Judge
300 N. Hogan Street
Suite 11-150
Jacksonville, FL 32202

Hon. Edward F. Shea
U.S. District Judge
Federal Bldg., Suite 190
825 Jadwin Avenue
Richland, WA 99352

Hon. Charles R. Simpson, III
Chief Judge, U.S. District Court
247 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Wittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Jorge A. Solis
U.S. District Judge
13B31 Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce St.
Dallas, TX 75242-1003

Hon. Frederick P. Stamp, Jr.
U.S. District Judge
P.O. Box 791
Federal Building
1125 Chapline Street
Wheeling, WV 26003-0100

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. G. Ernest Tidwell
Senior U.S. District Judge
1967 Richard B. Russell Federal
Bldg & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Stefan R. Underhill
U.S. District Judge
411 Brien McMahon Federal Bldg.
& U.S. Courthouse
915 LaFayette Boulevard
Bridgeport, CT 06604-4706

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

# INVOLVED CLERKS LIST (CTO-25)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Drawer 1
Hot Springs, AR 71902-1979

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 2746
Texarkana, AR 75504-2746

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

~~Gregory C. Langham, Clerk~~
~~A105 Alfred A. Arraj U.S. Courthouse~~
~~901 19th St.~~
~~Denver, CO 80294-3589~~

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James Bonini, Clerk
260 Joseph P. Kinneary U.S.
Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

James W. McCormack, Clerk
312 Federal Building
615 South Main Street
Jonesboro, AR 72401

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
3300 Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

James Woodward, Clerk
Thomas F. Eagleton U.S.
Courthouse
111 South Tenth Street
St. Louis, MO 63102

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Jeffrey A. Apperson, Clerk
126 Federal Building
423 Frederica Street
Owensboro, KY 42301

Jeffrey A. Apperson, Clerk
322 Federal Building
501 Broadway
Paducah, KY 42001

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Keith Throckmorton, Clerk
228 L. Clure Morton U.S. Post
Office & Courthouse
9 East Broad Street
Cookeville, TN 38501

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Laura A. Briggs, Clerk
207 Federal Building
30 North 7th Street
Terre Haute, IN 47808

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Norbert G. Jaworski, Clerk~~
~~U.S. District Court~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202-0249~~

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
U.S. District Court
400 East 9th Street
Room 1510
Kansas City, MO 64106

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Scott Poff, Clerk
P.O. Box 1636
Brunswick, GA 31521-1636

Scott Poff, Clerk
P.O. Box 8286
Savannah, GA 31412-8286

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060

William M. McCool, Clerk
226 U.S. Courthouse
100 North Palafox Street
Pensacola, FL 32501-5625

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed.
Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608